

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00363-CR

Steven P. **CHERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6408
Honorable Sid L. Harle, Judge Presiding

## **O R D E R**

Appellant's motion for leave to file an amended brief is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court